IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Jones, Donna M

Printed: 02/24/09

Case Number: 07 B 23860
Judge: Hollis, Pamela S
Filed: 12/19/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed:  January 5, 2009
Confirmed:  February 25, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,292.34 |  |
| Secured: |  | 164.65 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,920.83 |
| Trustee Fee: |  | 206.86 |
| Other Funds: |  | 0.00 |
| Totals: | 3,292.34 | 3,292.34 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,510.50 | 2,920.83 |
| 2. | Deutsche Bank National | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 488.00 | 164.65 |
| 4. | Deutsche Bank National | Secured | 10,243.89 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 483.31 | 0.00 |
| 6. | Corporate America Family CU | Unsecured | 579.08 | 0.00 |
| 7. | Loan Express Company | Unsecured | 35.10 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 675.80 | 0.00 |
| 9. | RMI/MCSI | Unsecured | 300.00 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 361.52 | 0.00 |
| 11. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 12. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 13. | First Cash Advance | Unsecured |  | No Claim Filed |
| 14. | Direct Tv | Unsecured |  | No Claim Filed |
| 15. | Hilco Receivables, LLC | Unsecured |  | No Claim Filed |
| 16. | Credit Management Co. | Unsecured |  | No Claim Filed |
| 17. | TRS Services | Unsecured |  | No Claim Filed |
| 18. | SOS Telecom | Unsecured |  | No Claim Filed |
| 19. | Pay Day Loans | Unsecured |  | No Claim Filed |
| 20. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
|  |  |  | $ 16,677.20 | $ 3,085.48 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jones, Donna M

Printed: 02/24/09

Case Number: 07 B 23860
Judge: Hollis, Pamela S
Filed: 12/19/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 43.20 |
| 6.5% | 77.31 |
| 6.6% | 86.35 |
| | $ 206.86 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*